# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff,　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>ROBERT GILBEAU,　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendant.　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>_____) | Case No.: 16-cr-1313-JLS<br><br>**AMENDED ORDER EXTENDING SELF-SURRENDER DEADLINE AND CONTINUING STATUS HEARING** |

　　Upon consideration of Defendant's Unopposed Motion for Extension of Date to Report to Bureau of Prison, and good cause appearing, it is hereby,

　　ORDERED that the Defendant shall self-report to the Bureau of Prisons to begin serving his sentence in this matter by no later than July 12, 2017.

　　IT IS FUTHER ORDERED that the Status Hearing re: Self-Surrender/Bond Exoneration set for June 30, 2017 shall be continued to July 14, 2017 at 9:00 a.m.

　　IT IS SO ORDERED.

Dated:  June 27, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge