# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, §<br>　　　　Plaintiff, §<br>　　　　　　　　　　　　　§<br>v. §<br>　　　　　　　　　　　　　§<br>ROBERT GILBEAU, §<br>　　　　Defendant. §<br>_____§ | Case No. 3:16-cr-1313-JLS<br><br>**ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

Based upon the Defendant's Unopposed Motion for Early Termination of Supervised Release (ECF No. 66), and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED** and that the Defendant is discharged from Supervised Released and that supervision be immediately terminated.

IT IS SO ORDERED.

Dated: March 12, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge